UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

CHIEW SAEPHAN

Case Number: ~~3:19-mj-0035 DMC~~ 3:19-cr-00100 DMC
Location Code:
Violation Number:

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of: Count 2: 43 CFR 8365.1-1(b)(1)   Nature of Charge(s): Dispose of waste in undesignated place
Count 3: 43 CFR 8365.1-1(b)(4)   Dispose of household waste

Count 1 is dismissed.

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of 5 years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay a fine in the amount of $950.00, a special assessment of $25.00 as to count 2 and $25.00 as to count 3, restitution in the amount of $ -0- , a processing fee of $30.00 for a total financial obligation of $1,030.00, which shall be paid immediately or in monthly payments of $25.00 , per month commencing on the first of January 2020 and each month thereafter by the first of the month until paid in full. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☒ You are prohibited from entering federal lands in the Eastern District of California including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration. <u>With the exception for access to the location of the violations for a period of thirty days for the sole purpose of cleaning up the site.</u> **Failure to clean up the site will be a violation of your probation.**

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

Dated: December 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE